HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Josue Mercado-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00124 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE |
| vs. | ) ) DATE: June 5, 2017 |
| JOSUE MERCADO-REYES, | ) TIME: 8:30 a.m. ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 19, 2017, may be advanced to June 5, 2017 at 8:30 a.m.

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Mercado-Reyes wishes to enter his plea and be sentenced at the earliest available date. The Government is in agreement with the advancement.

///

///

///

///

///

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: May 26, 2017 | By: | /s/ Ross Pearson<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 26, 2017 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSUE MERCADO-REYES |

# **O R D E R**

the status conference in the above-captioned matter now set for June 19, 2017, is

ADVANCED to June 5, 2017 at 8:30 a.m

IT IS SO ORDERED.

Dated:  **May 30, 2017**           /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE