UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MERCADO-REYES,<br><br>Defendant. | No. 1:17-cr-0124-NONE-SKO-1<br><br>SCHEDULING ORDER RE MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255<br><br>(Doc. No. 37) |

On May 24, 2019, defendant Jose Lopez-Ramirez filed a *pro se* motion to correct his sentence under 28 U.S.C. § 2255. (Doc. No. 37.) The court has reviewed defendant's motion and believes that its decision-making would be aided by the filing of a response by the government. Accordingly, the government shall have until **Tuesday, March 21, 2020**, to file an opposition, and defendant shall have until **Monday, April 22, 2020**, to file a reply.

IT IS SO ORDERED.

Dated: **February 21, 2020**

UNITED STATES DISTRICT JUDGE

1