McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-124-NONE |
| Plaintiff-Respondent, | MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO § 2255 MOTION; ORDER |
| v. | |
| JOSUE MERCADO-REYES, | |
| Defendant-Petitioner. | |

Josue Mercado-Reyes filed a Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255. (Dkts. 37). On February 21, 2020, the Court directed the United States to respond to Mercado-Reyes's Motion, and ordered the United States to file its opposition no later than March 21, 2020. (Dkt. 39, Scheduling Order). Following the Court's order, Mercado-Reyes also filed a Supplement to his Motion to Vacate, Set Aside, or Correct a Sentence. (Dkt. 40).

The United States requests an extension of two weeks, to April 6, 2020, for it to file its opposition to Mercado-Reyes's § 2255 Motion. Counsel for the United States has been attempting to meet the original deadline. However, counsel is also working on other § 2255 responses and two appellate briefs, and counsel has a pre-planned vacation the week of March 16, 2020. Additional time is therefore needed to research, prepare, and file a response.

1

| | |
|---|---|
| Dated: March 16, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |

## FINDINGS AND ORDER

GOOD CAUSE appearing, the United States' request for a two-week extension within which to file its Opposition to Mercado-Reyes's Motion to Vacate, Set Aside, or Correct Sentence is GRANTED. The United States' opposition shall be filed no later than April 6, 2020.

IT IS SO ORDERED.

Dated: **March 16, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE