# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MERCADO-REYES,<br><br>Defendant. | No. 1:17-cr-0124-NONE-SKO-1<br><br>CLARIFYING SCHEDULING ORDER RE MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255<br><br>(Doc. Nos. 37 & 41) |

On May 24, 2019, defendant Jose Lopez-Ramirez filed a *pro se* motion to correct his sentence under 28 U.S.C. § 2255. (Doc. No. 37.) On February 27, 2020, defendant filed another *pro se* motion to correct his sentence, also brought under § 2255. (Doc. No. 41.) After receiving an extension of time, the government filed an opposition to both motions on April 6, 2020. (Doc. No. 44.) Because the record does not clearly indicate a deadline for the filing of any reply, the court clarifies the schedule as follows: defendant shall have thirty days from the date of entry of this order to file any reply.

IT IS SO ORDERED.

Dated: **April 8, 2020**

UNITED STATES DISTRICT JUDGE

1